ACCEPTED
1414000481CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/8/2015 1:11:34 PM
CHRISTOPHER PRIN
CLERK

CAUSE NUMBER 14-14-000481-CV

# IN THE FOURTEENTH COURT OF APPEALS
## HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 1:11:34 PM
CHRISTOPHER A. PRINE
Clerk

## LUCIDALIA CHAVEZ,

*Appellant,*

## V.

## WALTER CHAVEZ,

*Appellees.*

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

## PATRICIA GARCIA BILLINGS

## 107 W. FIRST ST., SUITE 201

## HUMBLE, TEXAS 77338

## TEL: (281) 540-1529

## FAX: (281) 540-1535

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant, Lucidalia Chavez, files this First Motion to Extend Time to File Appellant's Brief.

Appellant's opening brief is currently due on January 10, 2015.

Counsel for Appellant requests a two week extension of time to file its brief, making the brief due on January 24, 2015. This is the second request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

> Counsel for Appellant has primary responsibility in multiple lawsuits which involve divorce and conservatorship matters which have taken a tremendous amount of time for counsel who is sole practitioner and fairly new member of the bar. Further, counsel was ill and had a very heavy docket following the holidays.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the

2

Appellant's Brief up to and including January 24, 2015. Appellant all other relief to which it may be entitled.

Respectfully submitted,

/s/ *Patricia Garcia Billings*

Patricia Garcia Billings
107 W. First St., Suite 201
Humble, Texas 77338
Tel: (281) 540-1529
Fax: (281) 540-1535
**patricia@lawyerbillings.com**
*Counsel for Appellant/Appellee*

## CERTIFICATE OF CONFERENCE

I certify that I was not able to confer with pro se Appellees regarding this motion.

/s/ *Patricia Garcia Billings*

Patricia Garcia Billings

## CERTIFICATE OF SERVICE

I certify that on January 7, 2015, I provided a copy of this motion to the following counsel by first Class U.S. Mail and/ or via facsimile no. (713) 641-4636: Cruz Cervantes.

/s/ *Patricia Garcia Billings*

Patricia Garcia Billings
*Attorney for Appellant*

4